IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Settles, Saldon | Case Number: 07 B 03781 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 7/29/08 | Filed: 3/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 18, 2008
Confirmed: November 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,399.60 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,216.02 |
| Trustee Fee: |  | 183.58 |
| Other Funds: |  | 0.00 |
| Totals: | 3,399.60 | 3,399.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 577.50 | 303.55 |
| 2. | Robert J Semrad & Associates | Administrative | 2,934.00 | 2,912.47 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 28,572.44 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 1,264.15 | 0.00 |
| 8. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 225.00 | 0.00 |
| 10. | South Suburban Council | Unsecured | 174.55 | 0.00 |
| 11. | Capital One | Unsecured | 85.44 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 68.39 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 200.00 | 0.00 |
| 14. | Navy Federal Credit Union | Unsecured | 1,500.76 | 0.00 |
| 15. | Navy Exchange Service Command | Unsecured | 20.17 | 0.00 |
| 16. | Navy Federal Credit Union | Unsecured | 1,514.23 | 0.00 |
| 17. | Generand C Algenio DDS | Unsecured | 42.00 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 14.62 | 0.00 |
| 19. | DeVry Institute of Technology | Unsecured | 19.05 | 0.00 |
| 20. | IC System Inc | Unsecured | 42.00 | 0.00 |
| 21. | Nicor Gas | Unsecured | 115.06 | 0.00 |
| 22. | Navy Federal Credit Union | Unsecured | 1,700.87 | 0.00 |
| 23. | Altaone Fcu | Unsecured | | No Claim Filed |
| 24. | Altaone Fcu | Unsecured | | No Claim Filed |
| 25. | Altaone Fcu | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Settles, Saldon

Printed: 7/29/08

Case Number: 07 B 03781
Judge: Squires, John H
Filed: 3/2/07

| | | | |
|---|---|---|---|
| 26. | Alverno Clinical Labs | Unsecured | No Claim Filed |
| 27. | Altaone Fcu | Unsecured | No Claim Filed |
| 28. | Altaone Fcu | Unsecured | No Claim Filed |
| 29. | California Business Bu | Unsecured | No Claim Filed |
| 30. | Creditors Collection Service | Unsecured | No Claim Filed |
| 31. | Capital One | Unsecured | No Claim Filed |
| 32. | Altaone Fcu | Unsecured | No Claim Filed |
| 33. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 34. | Dr Rosa Galvan Silva | Unsecured | No Claim Filed |
| 35. | Credit Collection | Unsecured | No Claim Filed |
| 36. | Credit Management Service | Unsecured | No Claim Filed |
| 37. | Credit Protection Association | Unsecured | No Claim Filed |
| 38. | Collection Company Of America | Unsecured | No Claim Filed |
| 39. | Creditors Collection Bur | Unsecured | No Claim Filed |
| 40. | AFNI | Unsecured | No Claim Filed |
| 41. | Employment Development Dept | Unsecured | No Claim Filed |
| 42. | Merican Recovery Systems | Unsecured | No Claim Filed |
| 43. | Creditors Collection Bur | Unsecured | No Claim Filed |
| 44. | Jeffrey Leving | Unsecured | No Claim Filed |
| 45. | RMI/MCSI | Unsecured | No Claim Filed |
| 46. | MRSI | Unsecured | No Claim Filed |
| 47. | Jc Christensen & Assoc | Unsecured | No Claim Filed |
| 48. | Pacific Gas & Electric | Unsecured | No Claim Filed |
| 49. | RMI/MCSI | Unsecured | No Claim Filed |
| 50. | RMI/MCSI | Unsecured | No Claim Filed |
| 51. | RMI/MCSI | Unsecured | No Claim Filed |
| 52. | RMI/MCSI | Unsecured | No Claim Filed |
| 53. | Wellgroup Health Partners | Unsecured | No Claim Filed |
| 54. | RMI/MCSI | Unsecured | No Claim Filed |
| 55. | RMI/MCSI | Unsecured | No Claim Filed |
| 56. | Rome Financial Services | Unsecured | No Claim Filed |
| 57. | TRS Services | Unsecured | No Claim Filed |
| 58. | Verizon Wireless | Unsecured | No Claim Filed |
| 59. | Allied Interstate | Unsecured | No Claim Filed |
| 60. | RMI/MCSI | Unsecured | No Claim Filed |
| 61. | RMI/MCSI | Unsecured | No Claim Filed |
| 62. | RMI/MCSI | Unsecured | No Claim Filed |
| 63. | GC Services | Unsecured | No Claim Filed |

$ 39,070.23      $ 3,216.02

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 183.58 |

$ 183.58

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Settles, Saldon | Case Number:  07 B 03781 |
| | Judge:  Squires, John H |
| Printed:  7/29/08 | Filed:  3/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

